# United States Court of Appeals for the Federal Circuit

---

**ALZHEIMER'S INSTITUTE OF AMERICA, INC.,**
*Plaintiff-Appellant,*

v.

**AVID RADIOPHARMACEUTICALS,**
*Defendant-Appellee,*

AND

**THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,**
*Defendant-Appellee,*

AND

**UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES,**
*Defendant-Appellee.*

---

2013-1544

---

Appeal from the United States District Court for the Eastern District of Pennsylvania in No. 10-CV-6908, Judge Timothy J. Savage.

---

**ON MOTION**

---

# ORDER

The parties jointly move for an extension of time, until November 22, 2013, for Alzheimer's Institute of America, Inc. to file its opening brief, for an extension of time, until January 24, 2014, for Avid Radiopharmaceuticals, Inc., The University of Pennsylvania, and The University of South Florida Board of Trustees to file their responsive briefs, for an extension of time, until February 14, 2014, for Alzheimer's Institute of America, Inc. to file its reply brief, and for an extension of time, until February 20, 2014, to file the joint appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

/s/   Daniel E. O'Toole
     Daniel E. O'Toole
     Clerk of Court

s27